LIDIA S. STIGLICH, State Bar No. 182100
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 486-0800
Facsimile: (510) 486-0801

Attorneys for Defendant
ANGELICA BATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANGELICA BATO,<br><br>　　　　　Defendant. | Case No. CR 12-0198 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL; REQUEST FOR STATUS HEARING** |

　　　Upon stipulation of the government, counsel and the defendant, the parties agree to substitute Douglas Rappaport as attorney of record for defendant ANGELICA BATO. Pursuant to stipulation attorney Lidia S. Stiglich will be relieved. (See attached Substitution of Counsel.)

///

///

///

1

The parties further request the matter be set for status hearing on Tuesday, July 17, 2012 at 2:00 p.m. to assess the case status in light of the proposed change of counsel.

**IT IS SO STIPULATED.**

Dated: 07/10/2012

/s/Benjamin Tolkoff

BENJAMIN TOLKOFF
Assistant United States Attorney

Dated: 07/10/2012

/s/Lidia S. Stiglich

LIDIA S. STIGLICH
Attorneys for Defendant
ANGELICA BATO

Dated: 07/10/2012

/s/Douglas Rappaport

DOUGLAS RAPPAPORT
Proposed Attorney for Defendant
ANGELICA BATO

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that DOUGLAS RAPPAPORT be substituted and relieve LIDIA S. STIGLICH as attorney of record for defendant ANGELICA BATO.

IT IS SO ORDERED.

Dated: July 23, 2012.

_William Alsup_
UNITED STATES DISTRICT JUDGE