**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California 94111
Telephone (415) 989-7900

Attorneys for Defendant
**ANGELICA BATO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>ANGELICA BATO,<br><br>        Defendants.<br>_____ / | Case No. CR 12-0198-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL TO NEWARK, CALIFORNIA** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the defendant in this matter, ANGELICA BATO, may be allowed to travel from Daly City, California to Newark, California on July 27, 2012, to stay overnight at the Hilton Hotel in Newark, California, and to return to Daly City on to July 28, 2012.

On March 16, 2012, the Court released Ms. Bato on a $50,000 unsecured bond. Ms. Bato has obeyed all the conditions of release to date. Mr. Kenneth Gibson, the U.S. Pre-Trial Services Officer supervising Ms. Bato, has no objection to this travel. Assigned United States Attorney Ben Tolkoff is currently out of the office, however, his supervising attorney, Barbara Silano, has no objection to this travel.

DATED:	07-26-12	By:	/s/ Douglas Rappaport
		_____
		**DOUGLAS L. RAPPAPORT**
		Attorney for Defendant
		ANGELICA BATO

DATED:	07-26-12	MELINDA L. HAAG
		UNITED STATES ATTORNEY
		NORTHERN DISTRICT OF CALIFORNIA
		By:	/s/ Barbara Silano
		_____
		**Barbara Silano**
		Assistant United States Attorney
		Attorney for Plaintiff, UNITED STATES

1

**ORDER**

**FOR GOOD CAUSE SHOWN,**

ANGELICA BATO shall be allowed to travel to and from San Francisco, California, and Newark, California as stated in the above stipulation. Ms. Bato shall inform Pre-Trial Services of her full itinerary. All other conditions of Ms. Bato's Pre-Trial release shall remain the same.

DATED: July 26, 2012    By: _____
**HONORABLE MARIA-ELENA JAMES**
Chief United States Magistrate Judge