MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN 4294443)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0198 WHA |
| Plaintiff, | ) ) | STIPULATION AND ~~[PROPOSED]~~ PROTECTIVE ORDER |
| v. | ) ) | Date: November 15, 2012 |
| ANGELICA BATO, | ) ) | Time: 2:00 p.m. |
| Defendant. | ) ) ) | |

    The United States will provide the identity of the CS in the captioned matter, the CS'
criminal history and all evidence of benefits given to the CS by the government in exchange for
the CS' cooperation in this matter. The defense agrees that this information will not be disclosed
to anyone other than the defendant, defense counsel and defense counsel's investigator and staff
who need the information to adequately represent the defendant at trial. The defendant agrees
that she will not divulge this information to anyone other than as required to prepare for her
defense at trial.

//

1    SO STIPULATED.

2

3    DATED: November 2, 2012.                    Respectfully submitted,
                                                 MELINDA HAAG
4                                                United States Attorney

5

6                                                BENJAMIN TOLKOFF
                                                 Assistant United States Attorney
7

8    DATED: November 2, 2012.

9                                                DOUGLAS L. RAPPAPORT
                                                 Attorney for ANGELICA BATO
10

11

12   SO ORDERED.

13

14   DATED: _____November 6_____, 2012.

15                                               HON. _____
                                                 United States _____
16                                               Judge William Alsup

17

18

19

20

21

22

23

24

25

26

27

28