MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (NYBN 4294443)
DAMALI TAYLOR (CABN 262489)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELICA BATO,<br><br>    Defendant. | No. [CR 12-0198] WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER SEEKING ADDITIONAL TIME<br><br>Date: December 28, 2012<br>Time: 12:00 p.m. |

On December 5, 2012, the Court issued an order entitled Order Re Retrial. The Court ordered that any proposed submissions and authority for revisions or suggestions to jury instructions be submitted to the Court by noon on December 28, 2012.

At the time of the Court's order, the defendant was represented by Douglas Rappaport. Mr. Rappaport has since withdrawn from the case and on December 20, 2012, Mark Vermeulen was appointed to represent Ms. Bato. Because Mr. Vermeulen is new to the case, he cannot provide a thorough submission to the Court by noon on December 28, 2012. Government and defense counsel have conferred and would prefer to file simultaneous submissions to the Court and therefore respectfully request additional time to comply with the Court's order.

STIP. & [PROP.] ORD. ADDITIONAL TIME
U.S. v. BATO; CR 12-0198 WHA

The parties therefore jointly request that the Court allow the parties to submit responses to the Court's December 5 order on January 4, 2013 by noon.

SO STIPULATED.

DATED: December 27, 2012.	Respectfully submitted,
	MELINDA HAAG
	United States Attorneys

	/s/
	_____
	BENJAMIN TOLKOFF
	DAMALI TAYLOR
	Assistant United States Attorneys

DATED: December 27, 2012.
	/s/
	_____
	MARK VERMEULEN
	Attorney for ANGELICA BATO

For the above stated reasons, the parties are hereby granted additional time to comply with the Court's December 5, 2012 order. The parties shall file any submissions in response to the December 5 order no later than noon, January 4, 2013.

SO ORDERED.

DATED: December 27, 2012.

_____
HONORABLE WILLIAM ALSUP
United States District Court Judge