Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
ANGELICA BATO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGELICA BATO, <br><br> Defendant. | No. CR 12-0198-1 WHA (LB) <br><br> **STIPULATION AND [Proposed] ORDER SETTING FURTHER SETTLEMENT CONFERENCE FOR MAY 2, 2013 AT 1:30 P.M.** |

This matter previously was referred to the Honorable Laurel Beeler for settlement purposes, and following consultation with Judge Beeler's chambers, the parties and the Court have indicated that all are available on May 2, 2013 at 1:30 p.m. for the settlement conference.

Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the Court set a further settlement conference for May 2, 2013 at 1:30 p.m. before the Honorable Laurel Beeler.

IT IS SO STIPULATED.

Dated: March 28, 2013    Melinda Haag
United States Attorney

/S/
Benjamin Tolkoff
Damali A. Taylor
Assistant United States Attorneys

Dated: March 28, 2013    /S/
Mark R. Vermeulen
Attorney for Defendant
ANGELICA BATO

-1-

**ORDER**

Based on the foregoing, and good cause appearing,

IT IS HEREBY ORDERED that this matter is set for a further settlement conference on May 2, 2013 at 1:30 p.m. before the Honorable Laurel Beeler. Settlement Conference Statements due April 25, 2013 as outlined in Order Setting Settlement Conference dated 10/2/2012, ECF No. 45.

IT IS SO ORDERED.

Dated: April 1, 2013

_____
Laurel Beeler
United States Magistrate Judge

-2-